THE BUFFALO ACADEMY OF THE SACRED HEART, Plaintiff, v. BOEHM BROS., INC., Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 578.]

ELSIE CUNNINGHAM, as Administratrix, etc., of ELAINE JOYCE CUNNINGHAM, Deceased, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Discovery of the Assets in the Estate of GEORGE WOLFE, Deceased. In the Matter of the Judicial Settlement of the Accounts of RALPH SHULMAN, as Administrator of the Estate of GEORGE WOLFE, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

WILLIAM H. PARKER, Appellant, v. JOSEPH A. MCGINNIES and Another, Copartners, etc., Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

LILLIAN HANNA, Formerly LILLIAN ENTWISTLE, Respondent, v. THE CARROLL COMPANY, Appellant, and THE GOODMAN CHEMICAL COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

## FIRST DEPARTMENT, OCTOBER, 1934.

LOUISE PAPPAS, as Administratrix, etc., Respondent, v. LEONIDAS BENDO and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, the case granted a preference and set down for trial at the head of the day calendar for October 15, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR J. KRESEL, Appellant.— Appeal transferred to the Third Department for hearing and determination. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ETHEL WIEN, Plaintiff, v. NATHAN I. WIEN, Defendant. In the Matter of the Application of ETHEL WIEN, Respondent, against MAXWELL M. WALLACH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, O'Malley, Townley and Glennon, JJ.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. NATIONAL CITY BANK OF NEW YORK and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, O'Malley, Townley and Glennon, JJ.